AETNA CASUALTY AND SURETY CO. *v.* FREEMAN
ALBERT ET AL.

The proposed intervenor Americo Arduini, Sr.'s petitions for certification for appeal from the Appellate Court are denied.

*David M. Reilly* and *Robert W. Carangelo,* in support of the petition.

*Joseph A. La Bella,* in opposition.

Decided March 28, 1990

STATE OF CONNECTICUT *v.* JAMES KRISTY

The defendant state of Connecticut's petition for certification for appeal from the Appellate Court, 20 Conn. App. 495, is denied.

*Susann E. Gill,* assistant state's attorney, in support of the petition.

*Timothy H. Everett,* in opposition.

Decided March 28, 1990

SYLVESTER COCIVI ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The defendant Donald Scinto's petition for certification for appeal from the Appellate Court, 20 Conn. App. 705, is denied.

*John F. Fallon, Jay S. Kogan* and *Barbara J. O'Brien,* in support of the petition.

*George J. Markley,* in opposition.

Decided March 28, 1990